UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JUCELIA DE SOUZA NETO, <br><br> Petitioner, <br><br> v. <br><br> YOLANDA SMITH, <br> Superintendent of Suffolk County <br> Correctional Facility, <br> STEVEN W. TOMPKINS, <br> Sheriff of Suffolk County, <br><br> Respondents. | Civ. No. 17-11979-RGS |

## NOTICE OF APPEAL

NOTICE is given that Petitioner Jucelia de Souza Neto hereby appeals to the United States Court of Appeals for the First Circuit from an order dismissing her petition for writ of habeas corpus on October 16, 2017 (ECF No. 7).

Date: October 17, 2017

/s/ Antonio Massa Viana
Antonio Massa Viana (BBO # 691985)
Massa Viana Law
340 Union Avenue
Framingham, MA 01702
(508) 309-7177

/s/ Adriana Lafaille
Matthew R. Segal (BBO # 654489)
Adriana Lafaille (BBO # 680210)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
211 Congress Street
Boston, Massachusetts 02110
(617) 482-3170

## **CERTIFICATE OF SERVICE**

I certify that the foregoing was filed through the Electronic Court Filing system on October 17, 2017, and a copy was sent electronically to the registered recipients as identified on the Notice of Electronic Filing.

/s/ Antonio Massa Viana
Antonio Massa Viana